|   |   |
|---|---|
| 1  | UNITED STATES DISTRICT COURT |
| 2  | DISTRICT OF NEVADA |

| | |
|---|---|
| FRANCISCO VIDAL, | Case No. 2:19-cv-01491-RFB-BNW |
| Plaintiff | ORDER |
| v. | |
| GRAM, et al., | |
| Defendants | |

**I.  DISCUSSION**

Plaintiff, who is an inmate in the custody of the Nevada Department of Corrections ("NDOC"), has submitted a civil rights complaint under 42 U.S.C. § 1983. (ECF No. 1-1). Plaintiff has neither paid the full filing fee for this matter nor filed an application to proceed *in forma pauperis*.

Under 28 U.S.C. § 1915(a)(2) and Local Rule LSR 1-2, Plaintiff must complete an application to proceed *in forma pauperis* and attach both an inmate account statement for the past six months and a properly executed financial certificate.  Plaintiff will be granted an opportunity to file an application to proceed *in forma pauperis*, or in the alternative, pay the full filing fee for this action.  If Plaintiff chooses to file an application to proceed *in forma pauperis* he must file a fully complete application to proceed *in forma pauperis*, including both an inmate account statement for the past six months and a properly executed financial certificate.  The Court will retain Plaintiff's civil rights complaint (ECF No. 1-1), but will not file it until this matter is resolved.

**II.  CONCLUSION**

For the foregoing reasons, IT IS ORDERED that the Clerk of the Court WILL SEND Plaintiff the approved form application to proceed *in forma pauperis* by a prisoner, as well as the document entitled information and instructions for filing an *in forma pauperis* application.

IT IS FURTHER ORDERED that within **thirty (30) days** from the date of this order,

1 Plaintiff must either: (1) file a fully complete application to proceed *in forma pauperis*, on
the correct form, including both an inmate account statement for the past six months and
a properly executed financial certificate, in compliance with 28 U.S.C. § 1915(a); or (2)
pay the full $400 fee for filing a civil action (which includes the $350 filing fee and the $50
administrative fee).

IT IS FURTHER ORDERED that if Plaintiff does not timely comply with this order, dismissal of this action may result.

IT IS FURTHER ORDERED that the Clerk of the Court will retain the complaint (ECF No. 1-1) but will not file it at this time.

DATED: September 4, 2019

_____
UNITED STATES MAGISTRATE JUDGE